3408. MACON, DUBLIN & SAVANNAH RAILROAD CO. *v.* WARNOCK.

POWELL, J. The evidence, though strongly preponderating against the verdict, is not in such condition as to authorize this court to reverse the judgment; no error of law being shown.  .  *Judgment affirmed.*
DECIDED NOVEMBER 7, 1911.

Certiorari; from Montgomery superior court—Judge Martin. March 30, 1911.

*Minter Wimberly, W. L. Wilson, Akerman & Akerman,* for plaintiff in error.

*William B. Kent,* contra.